**CAROL ANN MOSES #164193**
Attorney at Law
545 East Alluvial, Suite 112
Fresno, California 93720
Telephone (559) 449-9069
Facsimile (559) 449-9016
cmoses@yosemitelawyer.com

Attorney for Defendant,
KEVIN MAYFIELD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO: 6:10-mj-00170-MJS |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION TO CONTINUE |
| ) | STATUS CONFERENCE TO |
| ) | NOVEMBER 16, 2010; |
| vs ) | ORDER THEREON |
| ) | |
| KEVIN MAYFIELD, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

   IT IS HEREBY STIPULATED by and between the Defendant, KEVIN MAYFIELD, his Attorney of record, CAROL ANN MOSES, and the Legal Officer for the National Park Service, SUSAN ST. VINCENT, that the Status Conference in the above-captioned matter currently scheduled for November 2, 2010, at 10:00 a.m. be continued until November 16, 2010 at 10:00 a.m.  This continuance is necessary as defense has not received discovery in this matter.

Dated: November 1, 2010                    By:  /s/ Carol Ann Moses
                                                CAROL ANN MOSES
                                                Attorney for Defendant
                                                KEVIN MAYFIELD

Dated: November 1, 2010                    By:  /s/ Susan St. Vincent
                                                SUSAN ST. VINCENT
                                                Legal Officer for the
                                                National Park Service

* * * ORDER * * *

The Court, having reviewed the above request for a Continuance of the Status Conference until November 16, 2010, and Order Thereon, HEREBY ORDERS AS FOLLOWS:

    The Status Conference for Defendant, KEVIN MAYFIELD, shall be continued to November 16, 2010 at 10:00 a.m.

IT IS SO ORDERED.

Dated:   November 2, 2010     /s/ *Michael J. Seng*
                                  UNITED STATES MAGISTRATE JUDGE