Susan St. Vincent
Acting Legal Officer
NATIONAL PARK SERVICE
Law Enforcement Office
P.O. Box 517
Yosemite, California 95389
Telephone: 209-372-0243

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES GOVERNMENT,<br><br>  Plaintiff,<br><br>  vs.<br><br>KEVIN MAYFIELD,<br><br>  Defendant. | CASE: 6:10-MJ-00170-MJS<br><br>AMENDED STIPULATION TO VACATE TRIAL DATE; AND ORDER THEREON<br><br>Court: U.S. Magistrate<br>Judge: Honorable Michael J. Seng |

IT IS HEREBY STIPULATED by and between Susan St. Vincent, the acting legal officer for the National Park Service, Defendant, Kevin Mayfield, and his attorney of record, Carol A. Moses, that the trial date in the above-captioned matter currently scheduled for March 16, 2011 be vacated. The parties have entered into a Deferred Prosecution Agreement.

Dated: March 1, 2011           /s/ Susan St. Vincent
                               Susan St. Vincent
                               Acting Legal Officer for
                               National Park Service

Dated: March 1, 2011           /s/ Carol A. Moses
                               Carol A. Moses
                               Attorney for
                               Kevin Mayfield

* * * ORDER * * *

The Court, having reviewed the above request to vacate the trial date now set for March 16, 2011, HEREBY ORDERS AS FOLLOWS:

The trial date set for March 16, 2011, is vacated.

IT IS SO ORDERED.

Dated:   March 1, 2011                             /s/ *Michael J. Seng*
                                                   UNITED STATES MAGISTRATE JUDGE